IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO VASQUEZ MARTINEZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> -against- <br><br> ART OF MAC INC. d/b/a COUNTY RESTAURANT, THERESA TSIEN, and DEBORAH POLO-RIAZ, Jointly and Severally, <br><br> Defendants. | 15 Civ. 6642 (VSB) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any part against each other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
August 16, 2016

_____
Brent E. Pelton, Esq.
Pelton Graham LLC
111 Broadway, Suite 1503
New York, NY 10006
Telephone: (212) 385-9700

*Attorney for Plaintiff*

_____
Jonathan Michael Bardavid, Esq.
Trivella & Forte LLP
1311 Mamaroneck Avenue, Suite 170
White Plains, NY 10605
Telephone: (914) 949-4752

*Attorney for Defendants Art of Mac, Inc. and Deborah Polo-Riaz*

**SO ORDERED:**

_____
HON. VERNON S. BRODERICK    8/19/2016
**UNITED STATES DISTRICT JUDGE**

_____  August 18, 2016
Joshua Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
1 Penn Plaza, Suite 2527
New York, NY 10119
Telephone: (212) 792-0046

*Attorney for Defendant Theresa Tsien*